**Opinion issued February 26, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00809-CV**

————————————

**IN RE THERESA VELEZ, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Theresa Velez has filed a petition for writ of mandamus challenging the trial court's temporary orders.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *In the Matter of the Marriage of Theresa Deborah Velez and Mario Rodriguez Velez, Jr.*, Cause No. 2018-06503, in the 507th District Court of Harris County, Texas, the Honorable Lillian Alexander presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.